NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**HIP, INC.,**

*Plaintiff-Cross-Appellant*

v.

**HORMEL FOODS CORPORATION,**

*Defendant-Appellant*

_____

2022-1696, 22-1780

_____

Appeal from the United States District Court for the District of Delaware in No. 1:21-cv-00546-CFC, Chief Judge Colm F. Connolly.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) Appeal 22-1780 is DISMISSED under Fed. R. App. P. 42 (b).

2                    HIP, INC. v. HORMEL FOODS CORPORATION

    (2)  Each side shall bear their own costs as to Appeal No. 22-1780.

                                    FOR THE COURT

<u>July 1, 2022</u>
    Date                      <u>/s/ Peter R. Marksteiner</u>
                               Peter R. Marksteiner
                               Clerk of Court

**ISSUED AS A MANDATE (as to 22-1780 only):**
July 1, 2022